IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

JAMOREA ELLISON                                                                                              PLAINTIFF

v.                                            Case No. 1:25-cv-1006

SHERIFF LEROY MARTIN                                                                              DEFENDANT

## ORDER

Before the Court is a Report and Recommendation ("R&R") issued by the Honorable Spencer G. Singleton, United States Magistrate Judge for the Western District of Arkansas. ECF No. 8. Judge Singleton recommends that Plaintiff's Complaint (ECF No. 1) be dismissed without prejudice for failing to prosecute this matter and failing to obey Orders of the Court. Plaintiff has not objected, and the time to do so has passed. *See* 28 U.S.C. § 636(b)(1).

Upon review, finding no clear error on the face of the record and that Judge Singleton's reasoning is sound, the Court adopts the R&R (ECF No. 8) in toto. Accordingly, Plaintiff's Complaint (ECF No. 1) is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 17th day of December, 2025.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge